UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARIE REYMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00102-SEB-DML |
| ) | |
| MARIAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: 9/29/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Amber K. Boyd
AMBER BOYD, ATTORNEY AT LAW
amber@amberboydlaw.com

Germaine Winnick Willett
ICE MILLER LLP
germaine.willett@icemiller.com